**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

YAKOV SHLUSH,

Petitioner,

v.

MARKWAYNE MULLIN, et al.,

Respondents.

Case No. 5:26-cv-01557-MAA

**JUDGMENT**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus filed May 1, 2026 (ECF No. 14) and the Notice of Compliance filed May 4, 2026 (ECF No. 15),

IT IS ORDERED AND ADJUDGED that the Petition is GRANTED.

DATED:  May 5, 2026



_____

MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE